JAN P. JOHNSON, CHAPTER 13 TRUSTEE
P. O Box 1708
Sacramento, CA 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In Re: KENNETH GEORGE TUCKER, ALLISON LEE TUCKER<br><br>Debtor(s) | CASE NUMBER: 13-21746 A13<br>DC No.: JPJ-1<br><br>**ORDER AFTER HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN AND CONDITIONAL MOTION TO DISMISS CASE**<br><br>DATE: April 08, 2013<br>TIME: 1:30PM<br>COURTROOM: 28 |

The hearing on Trustee's Objection to Confirmation and Conditional Motion to Dismiss Case was heard by the Honorable Judge Michael S. McManus at the above stated date and time. Based on the pleadings filed, oral argument and other evidence presented at the hearing, and good cause appearing,

///

///

RECEIVED
April 11, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004744027

IT IS HEREBY ORDERED that the Trustee's Objection to Confirmation is sustained. The Trustee's Motion to Dismiss Case is conditionally denied, the condition being that the debtor(s) obtain confirmation of an amended plan within 75 days of the date of service of this order. If the debtor(s) fail to meet said condition, the case will be dismissed on the trustee's ex parte application.

Dated: April 16, 2013

By the Court:

Michael S. McManus
United States Bankruptcy Judge